UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVE STAEHR, On Behalf of Himself and All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al.,<br><br>                  Defendants. | Civil Action No. 3:04-CV-1740-CFD<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation of Settlement dated as of August 17, 2009 and filed on August 28, 2009, and all prior proceedings had herein, Lead Plaintiffs, by and through their attorneys, hereby move the Court, before the Honorable Christopher F. Droney, United States District Judge, District of Connecticut, at the Abraham Ribicoff Federal Building, 450 Main Street, Hartford, Connecticut, for an order granting preliminary approval of the proposed settlement of this class action pursuant to Federal Rule of Civil Procedure 23(e).

DATED: September 17, 2009

Respectfully submitted,

SCOTT + SCOTT LLP
DAVID R. SCOTT (CT16080)
ERIN GREEN COMITE (CT24886)
108 Norwich Avenue
Colchester, CT  06415
Telephone: 860/537-3818
860/537-4432 (fax)

Liaison Counsel

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOY ANN BULL
TOR GRONBORG (phv0044)
DEBRA J. WYMAN

s/ Joy Ann Bull
JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

- 2 -

        COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
      SAMUEL H. RUDMAN
      58 South Service Road, Suite 200
      Melville, NY  11747
      Telephone:  631/367-7100
      631/367-1173 (fax)

      Lead Counsel for Plaintiffs

Document1

CERTIFICATE OF SERVICE

    I hereby certify that on September 17, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 17, 2009.

    s/ Joy Ann Bull
    JOY ANN BULL

    COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
    655 West Broadway, Suite 1900
    San Diego, CA 92101-3301
    Telephone: 619/231-1058
    619/231-7423 (fax)

    E-mail:joyb@csgrr.com

# Mailing Information for a Case 3:04-cv-01740-CFD

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elias A. Alexiades**
  elia@alexiades.com

- **Jack C. Auspitz**
  jauspitz@mofo.com

- **Joy Ann Bull**
  joyb@csgrr.com

- **Erin Green Comite**
  ecomite@scott-scott.com,cmcgowan@scott-scott.com,jderrico@scott-scott.com

- **Timothy Andrew Diemand**
  tdiemand@wiggin.com

- **Tor Gronborg**
  torg@csgrr.com,e_file_sd@csgrr.com

- **Patrick A. Klingman**
  pklingman@sfmslaw.com

- **Jamie A. Levitt**
  jlevitt@mofo.com

- **James E. Miller**
  jmiller@sfmslaw.com

- **Kyle W. K. Mooney**
  KMooney@mofo.com

- **Shane Rowley**
  srowley@faruqilaw.com

- **David Randell Scott**
  drscott@scott-scott.com,cmcgowan@scott-scott.com,efile@scott-scott.com

- **Debra Wyman**
  debraw@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

Manual List

*Steve Staehr v. The Hartford Financial Services Group, Inc., et al.*
Civil Action No. 3:04-CV-1740-CFD

Marc A. Topaz
BARROWAY TOPAZ KESSLER
    MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA  19087

Samuel H. Rudman
COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747

Arthur L. Shingler III
SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, CA  92101