UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | |
|---|---|
| STEVE STAEHR, On Behalf of Himself and All Others Similarly Situated, ) | Civil Action No. 3:04-cv-1740-CFD **(Consolidated)** |
| ) | |
| Plaintiff, ) | **CLASS ACTION** |
| ) | |
| vs. ) | **FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE** |
| ) | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al., ) | |
| ) | |
| Defendants. ) | |

This matter came before the Court for hearing pursuant to an Order of this Court dated September 28, 2009, on the application of the Settling Parties for approval of the Settlement set forth in the Stipulation of Settlement dated as of August 17, 2009 (the "Stipulation"). Due and adequate notice having been given of the Settlement as required in said Order, and the Court having considered all papers filed and proceedings held herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      This Judgment incorporates by reference the definitions in the Stipulation, and all terms used herein shall have the same meanings set forth in the Stipulation.

2.      This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all Members of the Settlement Class.

3.      Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court hereby certifies, for purposes of effectuating this Settlement, a Settlement Class of all Persons who purchased The Hartford Financial Services Group, Inc. ("The Hartford") common stock on or between August 6, 2003 and October 13, 2004. Excluded from the Settlement Class are Defendants, any entity in which any Defendant has or had a controlling interest or that is a parent or subsidiary of or is controlled by any Defendant, Defendants' officers and directors, including any Person who was an officer or director during the Settlement Class Period, Defendants' affiliates, legal representatives, heirs, predecessors, successors or assigns, and members of the Individual Defendants' immediate families. Also excluded from the Settlement Class are those Persons who timely and validly requested exclusion from the Settlement Class pursuant to the Notice of Pendency and Proposed Settlement of Class Action, as set forth in Exhibit 1 attached hereto.

4.      With respect to the Settlement Class, this Court finds for the purposes of effectuating this Settlement that (a) the Members of the Settlement Class are so numerous that joinder of all

- 1 -

Settlement Class Members in the class action is impracticable; (b) there are questions of law and fact common to the Settlement Class which predominate over any questions affecting only individual Members of the Settlement Class; (c) the claims of the Lead Plaintiffs are typical of the claims of the Settlement Class; (d) the Lead Plaintiffs and Lead Counsel have fairly and adequately represented and protected the interests of all of the Settlement Class Members; (e) the questions of law and fact common to the Members of the Settlement Class predominate over any questions affecting only individual Members of the Settlement Class; and (f) a class action is superior to other available methods for the fair and efficient adjudication of the controversy, considering: (i) the interests of the Members of the Settlement Class in individually controlling the prosecution of the separate actions; (ii) the extent and nature of any litigation concerning the controversy already commenced by Members of the Settlement Class; (iii) the desirability or undesirability of continuing the litigation of these claims in this particular forum; and (iv) the difficulties likely to be encountered in the management of the class action.

5.    Except as to any individual claim of those Persons (identified in Exhibit 1 attached hereto) who have validly and timely requested exclusion from the Settlement Class, the Litigation and all claims contained therein, including all of the Released Claims, are dismissed with prejudice as to the Lead Plaintiffs and the other Members of the Settlement Class, and as against each and all of the Released Persons. The parties are to bear their own costs, except as otherwise provided in the Stipulation.

6.    Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court hereby approves the Settlement set forth in the Stipulation and finds that said Settlement is, in all respects, fair, reasonable, and adequate to, and is in the best interests of, the Lead Plaintiffs, the Settlement Class, and each of the Settlement Class Members. This Court further finds the Settlement set forth in the Stipulation is the result of arm's-length negotiations between experienced counsel representing

the interests of the Lead Plaintiffs, Settlement Class Members, and the Defendants. Accordingly, the Settlement embodied in the Stipulation is hereby approved in all respects and shall be consummated in accordance with its terms and provisions. The Settling Parties are hereby directed to perform the terms of the Stipulation.

7.    Upon the Effective Date hereof, the Lead Plaintiffs and each of the Settlement Class Members shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished, and discharged all Released Claims against the Released Persons, whether or not such Settlement Class Member executes and delivers a Proof of Claim and Release form.

8.    Upon the Effective Date hereof, the Lead Plaintiffs and all Settlement Class Members, whether or not they have executed a Proof of Claim and Release form, shall be forever barred and enjoined from commencing, instituting, or continuing to prosecute any action or proceeding in any court of law or equity, arbitration tribunal, administrative forum, or other forum of any kind, asserting against any of the Released Persons, and each of them, any of the Released Claims.

9.    Upon the Effective Date hereof, each of the Released Persons shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished, and discharged the Lead Plaintiffs, Settlement Class Members, and Lead Counsel from all claims (including, without limitation, Unknown Claims) arising out of, relating to, or in connection with, the institution, prosecution, assertion, settlement, or resolution of the Litigation or the Released Claims.

10.    The distribution of the Notice of Pendency and Proposed Settlement of Class Action and the publication of the Summary Notice was performed as directed by the Court in the Order Preliminarily Approving Settlement and Providing for Notice, and constituted the best notice

- 3 -

practicable under the circumstances, including individual notice to all Members of the Settlement Class who could be identified through reasonable effort. Said notice provided the best notice practicable under the circumstances of those proceedings and of the matters set forth therein, including the proposed Settlement set forth in the Stipulation, to all Persons entitled to such notice, and said notice fully satisfied the requirements of Federal Rule of Civil Procedure 23, the requirements of due process, and any other applicable law.

11.    Any plan of allocation submitted by Lead Counsel or any order entered regarding the attorneys' fee and expense application shall in no way disturb or affect this Judgment and shall be considered separate from this Judgment.

12.    Neither the Stipulation nor the Settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the Settlement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of the Defendants or the Released Persons; or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Defendants or Released Persons in any civil, criminal, regulatory, or administrative proceeding in any court, administrative agency, or other tribunal; or (c) is or may be deemed as an admission or concession that the consideration to be given hereunder represents the amount which could be or would have been recovered after trial. Defendants may file the Stipulation and/or this Judgment in any other action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction, or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

13.    Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of this Settlement and any award or distribution of

- 4 -

the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining applications for attorneys' fees and expenses in the Litigation; and (d) all parties hereto for the purpose of construing, enforcing, and administering the Stipulation.

14.    The Court finds that during the course of the Litigation, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

15.    The Settling Parties to the Stipulation, their agents, employees, and attorneys, and the Claims Administrator and the Escrow Agent, shall not be liable for anything done or omitted in connection with these proceedings, the entry of this Final Judgment, or the administration of the payments to Authorized Claimants as provided in the Stipulation and this Judgment, except for their own willful misconduct. No Settlement Class Member shall have any claim against the Lead Plaintiffs or Lead Counsel based on distributions made substantially in accordance with the Plan of Allocation and orders of the Court. No Settlement Class Member shall have any further rights or recourse against the Released Persons or their counsel for any matter related to the Plan of Allocation, distributions thereunder, or the claims process generally.

16.    In the event that the Settlement does not become effective in accordance with the terms of the Stipulation or the Effective Date does not occur, or in the event that the Settlement Fund, or any portion thereof, is returned to the Defendants, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation.

IT IS SO ORDERED.

DATED: _Dec. 23, 2009_

/s/ Christopher F. Droney, USDJ

_____
THE HONORABLE CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

- 5 -

1

*HRTFRD-
EXCL00001*

RECEIVED TS

OCT 1 3 2009

CLAIMS CENTER

COPY

Oct. 10, 2009

c/o Gilardi + C., LLC.
P. O. Box 8040
San Rafael, CA 94912-8040

Re: Stacc V. Hartford Financial Services Gp. Inc. et al
Civil Action No. 3-04- CV1740 CFD.

Gentlemen:
Regarding the above civil action, I wish to be
excluded from the settlement claim. The purchases
made during this period are as follows:

for Kazuto + Esther N. Seto JT        1.2177 sh.
10/1/03
for Esther N. Seto Revocable Trust       1.1340  "
                                         1.0504  "
1/2/04                                    .9907  "
4/1/04
7/1/04                                   1.0874  "
10/1/04

                        Total Shares   5.4802

all of my shares, including these, and the shares
transferred to me as the survivor of my deceased
husband Kazuto were disposed of in 2008.
   I also do not wish to be part of any
litigation that may follow in connection with
the shares held in this company.
                        yours very truly,
                        Esther N. Seto,
                        trustee Esther N. Seto Revocable

PS: my address at the time
of purchase was

**Exhibit 1**

The Hartford Securities Litigation
Exclusions, Claims Administrator
c/o Gilardi + Co., LLC.
P. O. Box 8040
San Rafael, CA 94912-8040

Oct. 10, 2009

Re: Staer v. Hartford Financial Services Gp. Inc., et al
Civil Action No. 3-04- CV 1740 CFD.

Gentlemen:

Regarding the above civil action I wish to be excluded from the settlement claim. The purchases made during this period are as follows:

for Kazuto & Esther N. Seto JT

10/1/03                                      1.2177  sh.

for Esther N. Seto Revocable Trust

1/2/04                                       1.1340   "
4/1/04                                       1.0504   "
7/1/04                                        .9907   "
10/1/04                                      1.0874   "

Total Shares  5.4802

all of my shares, including these, and the share transferred to me as the survivor of my deceased husband Kazuto were disposed of in 2008. I also do not wish to be part of any litigation that may follow in connection with the shares held in this company.

yours very truly,
Esther N. Seto,
Trustee Esther N. Seto Revocable

PS: my address at the time of purchase was:



10 OCT 2009 PM 5 T

The Hartford Securities Litigation
EXCLUSIONS
Claims Administrator
c/o Gilardi & Co., LLC
P.O. Box 8040
San Rafael, CA 94912-8040

94912380140

Mrs. Esther Seto

RECEIVED TS
OCT 13 2009
CLAIMS CENTER

HRTFRD



*HRTFRD-
EXCL00002*

RECEIVED TS

OCT 15 2009

CLAIMS CENTER

October 10, 2009

Hartford Securities Litigation
Exclusions

I wish to be excluded from
Stoehr v. The Hartford Financial
Service Group, Inc et al. Civil action
No. 3:04-CV-1740-CFD

GENEVIEVE LOGUE


Phone:

Genevieve Logue

As far as I can tell from my
records no shares were bought or
sold in the time period 8/6/2003 – 10/13/2004
I've been receiving dividend checks.



USA FIRST-CLASS FOREVER

RECEIVED TS
OCT 15 2009
CLAIMS CENTER

The Hartford Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Logue

HRTFRD



*HRTFRD-
EXCL00003*

RECEIVED TS
OCT 1 6 2009
CLAIMS CENTER

OCT 15 - 09

RE: STAEHR V. THE HARTFORD
FINANCIAL SERVICES GROUP INC
CIVAL ACTION NO. 3:04 CV 1740-CFD.

I WISH TO BE EXCLUDED FROM
THE ABOVE CIVIL ACTION - NO 3:04
CV 1740 CFD. STAEHR V THE HARTFORD
FINANCIAL SERVICES GROUP INC.
I INHERITED 88 SHARES OF HARTFORD
25 YRS AGO. I HAVE NEVER PURCHASED
ANY OR SOLD ANY SHARES TAKING THE
DIVIDENDS ONLY.

Margaret A. O'Hara
OCT 15 - 09
MARGARET A. O'HARA.

No. OF SHARES — 88

Margaret O'Hara

TEL



15 OCT 2009 PM 5 T

RECEIVED

OCT 16 2009

CLAIMS CENTER

*The Hartford Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Margaret O'Hara

HRTFRD

*HRTFRD-EXCL00004*

RECEIVED TS

OCT 20 2009

CLAIMS CENTER

*Litigation*

October 13, 2009

COPY

EXCLUSIONS
% Gilardi + Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Gentlemen:

We want to be excluded from Stacks v
The Hartford Financial Services Group, Inc., et al.
Civil Action No 3:04-CV-1740-CFD.

We purchased nor sold any shares of The
Hartford Common Shares between August 6, 2003
and October 13, 2004. The dividends are reinvested.

Yours truly,
Elizabeth C. Salezgroski

Judi E. Scobs
PCB-Gurl

Telephone:

October 13, 2009

The Hartford Securities Litigation
EXCLUSIONS
c/o Gilardi + Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040


Gentlemen:

We want to be excluded from Stachr v
The Hartford Financial Services Group, Inc., et al.
Civil Action No 3:04-CV-1740-CFD.

We purchased nor sold any shares of The
Hartford Common Shares between August 6, 2003
and October 13, 2004. The dividends are reinvested.

Yours truly,
Elizabeth A. Salczgraski

Judi E. Scobs
RCB-Gurl


Telephone:



Elizabeth Balezewski

CERTIFIED MAIL

7003 0500 0003 3848 5167

The Hartford Securities Litigation
EXCLUSIONS
Goodwin + Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

RECEIVED
OCT 20 2009
CLAIMS CENTER

*HRTFRD-
EXCL00005*

RECEIVED TS

OCT 2 7 2009

CLAIMS CENTER

| JUL. 1 TO JUL. 31, 2004 | SHARES 47 | PRICE $65.10 |
| AUG. 1, TO AUG. 31, 2004 | SHARES 47 | PRICE $61.16 |
| SEP. 1 TO SEP. 30, 2004 | SHARES 47 | PRICE $61.93 |
| OCT. 1 TO OCT. 13, 2004 | SHARES 47 | PRICE $58.48 |

PLEASE ACCEPT THIS AS MY REQUEST TO BE EXCLUDED FROM
ANY SETTLEMENT OF THE MENTIONED CLASS ACTION.

SINCERELY,

MRS. CAROL E. RYDEN

PHONE #

OCTOBER 20, 2009


THE HARTFORD SECURITIES LITIGATION
  EXCLUSIONS CLAIMS ADM.
C/O GILARDIA & CO. LLC
P.O. BOX 8040
SAN RAFEAL, CA. 94912-8040


RE    THE HARTFORD FINANCIAL SERVICES
      GROUP INC. ET AL
      CLASS ACTION-CIVIL ACTION # 3:04-CV-1740-CFD

DEAR PERSON IN CHARGE:
        I DO NOT WISH TO BE PART OF ANY SETTLEMENT IN THE
ABOVE MENTIONED CLASS ACTION-CIVIL ACTION, THAT HAS
BEEN BROUGHT AGAINST THE HARTFORD FINANCIAL SERVICE
GROUP.
        THE FOLLOWING ARE THE NUMBER OF SHARES I OWNED
BETWEEN AUGUST 6, 2003 AND OCTOBER 13, 2004. AS WELL AS
THE PRICE FOR EACH MONTH AND DATES, BOUGHT OR SOLD
OF SHARES.

```
AUG. 6, 2003 TO AUG. 31, 2003  SHARES 50     PRICE $53.22
SEPT. 1 2003       SHARES  50                PRICE $.52.63
SEPT. 18, 2003    BOUGHT  10 SHARES          PRICE $55.3483
SEPT 30, 2003      SHARES  60                PRICE $55.3483
OCT. 1 TO OCT 31, 2003   SHARES 60           PRICE $54.90
NOV. 1 TO NOV. 30, 2003  SHARES 60           PRICE $55.00
DEC. 1 TO DEC. 31, 2003  SHARES 60           PRICE $59.03
JAN. 1 TO JAN. 31, 2004   SHARES 60          PRICE $64.34
FEB. 1 TO FEB. 29, 2004   SHARES 60          PRICE $65.50
MAR. 1 TO MAR. 31, 2004 SHARES 60            PRICE $63.70
APR. 1, TO APR. 30, 2004   SHARES 60         PRICE $61.08
MAY 1, TO  MAY 11, 2004  SHARES 60           PRICE $63.3482
MAY 11 , 2004 SOLD 13 SHARES                 PRICE $63.3582
MAY 11, 2004 TO MAY 31, 2004 SHARES 47       PRICE $66.12
JUN.1 TO JUN. 30, 2004      SHARES 47        PRICE $68.74
```



USA FIRST-CLASS FOREVER

23 OCT 2009 PM 7 L

RECEIVED
OCT 2 7 2009
CLAIMS CENTER

The Hartford Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Mrs. Carol E. Ryden

HRTFRD



*HRTFRD-
EXCL00006*

RECEIVED TS

OCT 2 8 2009

CLAIMS CENTER

James R. Wright

The Hartford Securities Litigation                                October 25, 2009
 **EXCLUSIONS**
Claims Administrator
c/o Gilardi & Co. LLC
P.O.Box 8040
San Rafael, CA. 94912-8040

Claims Administrator:

I am a holder of Hartford Financial Common (HIG)  stock and **wish to be excluded** from *the
Staehr v. The Hartford Financial Services Group, Inc., et al* Civil Action No. 3:04-CV-1740-CFD.

During the August 6, 2003 and October 13, 2004 time period I purchased 100 shares of HIG on
May 21, 2004 through Chas. Schwab **(CUSIP**                ) for a Rollover IRA I still possess.

I did not sell any HIG stock on or before October 13, 2004 and am not subject to the class action
suit noted.

*James R. Wright*

James R. Wright

28 OCT 2009PM 2 T

Mr James Wright

RECEIVED TS

OCT 2 8 2009

CLAIMS CENTER

The Hartford Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

HRTFRD

*HRTFRD-EXCL00007*

RECEIVED TS
NOV 10 2009
CLAIMS CENTER

Nov 5, 2009

To Whom It May Concern

RE: STAEHR V. The Hartford
Financial Svcs. Grp. Inc. et al
Civil Action No. 3:04-CV-1740-CFD

This is to advise that the undersigned wish to be excluded from the above captioned action entitled Staehr V. The Hartford Financial Services Group Inc. et al Civil Action No 3:04-CV-1740-CFD.

We do not recall purchasing or selling any Hartford Financial Services Group Stock between August 6, 2003 and October 13, 2004 period.

Donald F. Hart
DONALD F HART

Lucille C Hart
LUCILLE C HART

USA FIRST-CLASS FOREVER

IS NOT THIS PLL

DONALD F AND LUEILLE C HART

RECEIVED
NOV 1 0 2009
CLAIMS CENTER

The Hartford Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Exclusion
HRTFRD



[RECEIVED]

NOV 1 2 2009

CLAIMS CENTER

10/28/2009

**The Hartford Securities Litigation**
**Claims Administrator**
**C/o Gilardi & Co. LLC**
**P.O.Box 8040**

**San Raffael, CA 94912-8040**
**USA**

Ref.: Exclusion from Civil Action No. 3:04-CV-1740-CFD /the Hartford Financial Services Group Inc. et al.

Ladies and Gentlemen,

Please **exclude** myself from the above mentioned case, I do not even know how I got into this, since I never felt to be deceived (cheated) in any way from that company, and I do not want any payment from that settlement. I never sold nor purchased any shares of common stock of Hartford Financial Services Group Inc. since the company BNY Mellon Shareholder Services, P.O.Box 358035 Pittsburg, PA 15252-8035 purchased – if any- for me. My shares of Hartford Financial Services have all be deposited with Mellon Shareholder Reinvestment Services, and I never kept track of how much money has been reinvested in Hartford shares.

My Name and address:

My Telephone No.:

Yours very truly





*HRTFRD-
EXCL00009*

Nov 11, 2009

RECEIVED TS
NOV 1 8 2009
CLAIMS CENTER

__I Want to be excluded from:__

Staehr v. The Hartford Financial Services
Group, Inc. Civil Action No. 9:04-CV-1740-CFD

Stock information is not readily available
but would be minute.

James C. Walsh


James C Walsh

Tel #



12 NOV 2009 PM 1 T

James C. Walsh

RECEIVED
NOV 1 8 2009
CLAIMS CENTER

The Hartford Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

HRTFRD



*HRTFRD-
EXCL00010*



REC...

NOV 3 0 2009

CLAIMS CENTER

November 18, 2009

The Hartford Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P O Box 8040
San Rafael, CA  94912-8040

Dear Sir/ Ma'am:

Please accept this letter of instruction requesting that I, Steven Wee, be excluded from
the pending class action against Hartford Securities.

Thank you for your time and assistance with this matter.

Sincerely,

Steven Wee







The Hartford Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

HRTFRD


*HRTFRD-
EXCL00011*

RECEIVED TS

NOV 3 0 2009

CLAIMS CENTER



22 Nov. 2009

Hartford Financial Group.Inc.

Dear Sirs:

I wish to advise you that I DO NOT
want to participate in the class
action lawsuit you are proceeding with.

For your information Mr. Nediger is
deceasead.

Thank you for informing me.

                    Yours truly,

                    Margaret Nediger

            Mrs. Margaret Nediger

Mrs Margaret Manager

*The Hartford Securities Litigation*
EXCLUSIONS, Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

RECEIVED
NOV 3 0 2009
CLAIMS CENTER

HRTFRD



*HRTFRD-
EXCL00012*



NOV 3 0 2009

CLAIMS CENTER

COPY

November 23, 2009

The Hartford Securities Litigation
EXCLUSIONS
C/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA  94912-8040  USA

Dear Sirs:

Re:  **Civil Action No. 3:04-CV-1740-CFD  Steve Staehr, Plaintiff vs. The Hartford**
**Financial Services Group, Inc., et al.,**

I am the mother of, and Legal Guardian for property, for M████ T████ of█████
█████████████████ He does not wish to participate in the class action
referred to above.  Please take this letter as your authority to exclude him from this
lawsuit.

Yours truly,

*Peggy Hoffman*

Peggy Hoffman



November 23, 2009


The Hartford Securities Litigation
EXCLUSIONS
C/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040 USA

Dear Sirs:

**Re: Civil Action No. 3:04-CV-1740-CFD Steve Staehr, Plaintiff vs. The Hartford**
**Financial Services Group, Inc., et al.,**

I am the mother of, and Legal Guardian for property, for M███████ ██ of ███████
████████████████████ He does not wish to participate in the class action
referred to above. Please take this letter as your authority to exclude him from this
lawsuit.

Yours truly,

*Peggy Hoffman*

Peggy Hoffman



EXCLUSIONS

RECEIVED

NOV 3 0 2009

CLAIMS CENTER

The Hartford Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Mr. M

HRTFRD

 *HRTFRD-
EXCL00013*

 Y OF THE WEST



NOV 3 0 2009

CLAIMS CENTER

 **TCW**

MARGARET A. JONES
ASSISTANT VICE PRESIDENT

November 23, 2009

The Hartford Securities Litigation
EXCLUSIONS
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA  94912-840

 COPY

Re: IFIN, LP
Mr. & Mrs. Jon Kayyem



**Jon Kayyem (IFIN, LP) request exclusion from *The Hartford Securities Litigation -
3:04-CV-1740-CFD***

List of Transactions:

| TCW Account Number | TCW Account Name | CUSIP | Trans | Trade Date | Base Unit Price | Shs | Total Dollar Amount |
|---|---|---|---|---|---|---|---|
| ▆ | IFIN, LP | 416515104 | Sell | 05/12/04 | 62.69 | -100 | 6,263.85 |

*Trust Company of the West as Custodian for IFIN, LP - Mellon Trust A/C* ▆▆▆▆

Signed by: _____
Margaret Jones
Tel: ▆▆▆▆
Fax: ▆▆▆▆



## TRUST COMPANY OF THE WEST

TEL: █████    FAX: █████    E-MAIL: █████

MARGARET A. JONES
ASSISTANT VICE PRESIDENT



November 23, 2009

The Hartford Securities Litigation
EXCLUSIONS
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA  94912-840

Re: IFIN, LP
Mr. & Mrs. Jon Kayyem

██████████

**Jon Kayyem (IFIN, LP) request exclusion from** *The Hartford Securities Litigation -*
*3:04-CV-1740-CFD*

List of Transactions:

| TCW Account Number | TCW Account Name | CUSIP | Trans | Trade Date | Base Unit Price | Shs | Total Dollar Amount |
|---|---|---|---|---|---|---|---|
| ████ | IFIN, LP | 416515104 | Sell | 05/12/04 | 62.69 | -100 | 6,263.85 |

*Trust Company of the West as Custodian for IFIN, LP  - Mellon Trust A/C* ██████████

Signed by:  _____
Margaret Jones
Tel: ██████████
Fax: ██████████

Feb 20 2007 7:09AM    Kayyem                                                    p.1

February 2 0, 2007

Rosa Gutierrez
TCW

Re: IFIN, LP – Tax ID
    Kayyem Living Trust – Tax ID
    BJ CRUT – Tax ID

Dear Rosa,

Please be advised that IFIN, LP, Kayyem Living Trust, and BJ CRUT do not wish to participate in any class action lawsuits related to their securities held in their TCW accounts, past or present. Please let this letter serve as standing notice not to participate in them at any time for the above referenced accounts.

Thank you for your attention to this matter.

Sincerely,

Jon Faiz Kayyem

Cc: Kerrie Riker, Acacia Wealth Advisors, LLC

## Jones, Margaret

**From:** McCarthy, Michael P. ▓
**Sent:** Wednesday, March 14, 2007 1:02 PM
**To:** Jones, Margaret; Class Action Desk; MW-GSS-Regulatory Reporting
**Cc:** Stokes, Karen
**Subject:** RE: Exclusion From All Class Actions Request

Hi Margaret,

We will have those accounts excluded from our database and we will not file for any actions going forward.

Thank you,

Mike McCarthy
**Class Actions**
▓

**From:** Jones, Margaret ▓
**Sent:** Wednesday, March 14, 2007 4:01 PM
**To:** Class Action Desk; MW-GSS-Regulatory Reporting
**Cc:** Jones, Margaret; Stokes, Karen
**Subject:** Exclusion From All Class Actions Request
**Importance:** High

Per the attached request, do not file any class action claims on behalf of the following accounts. Please confirm that the followings accounts will be excluded from all class actions.



| PF #: | | | |
| A/C No: | | | |
| Portfolio Name: | IFIN, LP-CC | IFIN, LP | IFIN, LP |
| Tax ID: | | | |
| Contact Name: | Mr. & Mrs. Jon Kayyem | Mr. & Mrs. Jon Kayyem | Mr. & Mrs. Jon Kayyem |
| Address | | | |
| Telephone No. | | | |
| PF #: | | | |
| A/C No: | | | |
| Portfolio Name: | HI CHARITABLE REM | HI CHARITABLE REM-MC | |
| Tax ID: | | | |
| Contact Name: | Mr. & Mrs. Jon Kayyem | Mr. & Mrs. Jon Kayyem | |
| Address | | | |
| Telephone No. | | | |
| PF #: | | | |
| A/C No: | | | |
| Portfolio Name: | KAYYEM FAMILY TRUST | | |
| Tax ID: | | | |
| Contact Name: | Mr. & Mrs. Jon Kayyem | | |

**Address**    ████████████

**Telephone No.**    ██████████

Thank you very much for your assistance in this matter.

Sincerely,
-Margaret Jones



Margaret Jones | AVP | Trust Company of the West | ████████████████████
phone: █████████    | fax: ████████    | email: ██████████

Attention: This email is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. No one is authorized to copy or re-use this email or any information contained in it. If you are not the intended recipient, we request that you please notify us by reply email and destroy all copies of the message and any attachments. Thank you for your cooperation.

3/14/2007

Never File Accounts

## Jones, Margaret

| | |
|---|---|
| **From:** | Pool Richard J ▉▉▉▉▉ |
| **Sent:** | Wednesday, September 12, 2007 10:17 AM |
| **To:** | Jones, Margaret |
| **Subject:** | Never File Accounts |

Per our previous agreement, here is the list of accounts for which we will never file class actions.

Richard

## IFIN Always Exclude/Never File

**Mellon AC #    TCW PF #    Name**



IFIN, LP-CC
IFIN, LP-LV
Kayyem Family Trust
Hi Charitable Rem
IFIN; LP-MC
Hi Charitable Rem-MC

**Richard J. Pool**
BNY Mellon Asset Servicing



The information contained in this e-mail may be confidential and is intended solely for the use of the named addressee.
Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized.
If you are not the intended recipient please notify us immediately by returning the e-mail to the originator.(16b)

Disclaimer Version MB.US.1

9/12/2007





*HRTFRD-EXCL00014*

November 23, 2009

The Hartford Securities Litigation
EXCLUSIONS
Claims Administrator
C/O Gilardi & Co. LLC
P.O. Box 8040
San Rafael
CA 94912-8040
USA

RE : *Staehr* v. *The Harford Financial Services Group, Inc et al.*, Civil Action No. 3:04-CV-1740-CFD  –  EXCLUSION

Dear Sir or Madam,

I hereby declare that I want to be EXCLUDED from the class action above mentionned.

Yours Truly,

Gilles St-Georges



De partout...jusqu'à vous
From anywhere...to anyone

CANADA    POSTES
CANADA    POST

Date
Postage Port
13,33

POSTE
CANADA

2008 -11-

Registered    Recommandé

R    Air Mail    Par avion

RT 971 337 498 CA

Gille St-Georges

CLAIMS CENTER

CLAIMS CENTER

The Hartford Securities Litigation
EXCLUSIONS
Claims Administrator
C/O Gilardi & Co. LLC
P.O. Box 8040
San Rafael  CA  94912-8040  U.S.A.

94912A8040  B800







CLAIMS CENTER

November 25, 2009

CLAIMS CENTER

The Hartford Securities  Litigation
EXCLUSIONS
Claims Administration
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, Ca. U.S.A.
94912-8040

Re:  Civil action # 3:04-CV-1740-CFD

This is to notify you that we do not wish to participate in the above mentioned call action
lawsuit against Hartford Financial Services Group, Inc.


Your truly

_____
Arthur Jones

_____
Norma Jones



CANADA POST POSTES CANADA

429345

2000 -11- 2 5

POST OFFICE BUREAU DE POSTE
WESTGATE R.Q.
N1S 1Y0

CANADA 98

EXCLUSIONS

CLAIM

The Hartford Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Mr. & Mrs. Arthur R Jones

HRTFRD



COPY

November 24, 2009



NOV 30 2009
CLAIMS CENTER

Hartford Securities Litigation
EXCLUSIONS
Claims Administrator,
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA. 94912-8040

Dear Sirs,

    I choose not to participate in the class action

against Hartford Financial Services Group Inc.

Yours truly,

EVELYN AWID-CASKEY

E. Awid Caskey



November 24, 2009

Hartford Securities Litigation
EXCLUSIONS
Claims Administrator,
c/o Gilardi & Co. LLC
P. O. Box 8040
San Rafael, CA. 94912-8040

Dear Sirs:

I choose not to participate in the class action against Hartford Financial Services Group Inc.

Yours truly,

EVELYN AWID-CASKEY

E. Awid Caskey.



MRS EVELYN AWID-CASKEY

*Received in mail Nov. 23/09*

November 3, 2009

Hartford Financial Services Group, Inc

Please find enclosed legal documents involving a class action lawsuit against Hartford Financial Services Group, Inc. Your account activity between August 6, 2003 and October 13, 2004 may make you eligible to share in the proceeds of the settlement.

Completed Proof of Claim forms must be post-marked no later than January 4, 2010 and submitted directly to:

The Hartford Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040 USA

Should you choose to not participate in this class action, your request to be excluded must be submitted in writing and post-marked no later than December 1, 2009 directly to:

The Hartford Securities Litigation
EXCLUSIONS
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040 USA

*✱ Do not want to participate in this class action lawsuit.*

*E Awid-Caskey Nov 24/09*

Failure to file a request to be excluded for the Class makes you a member of the Class, even if you do not file a claim.

Should you have any questions, please consult the documents enclosed, or contact the Claims Administrators directly at:

| | |
|---|---|
| Web site: | www.gilardi.com |
| E-mail: | classact@gilardi.com |
| Phone: | (415) 461-0410 |
| Toll Free: | (800) 654-5763 |

Regards,

CIBC Corporate Actions Department

This message, including any attachments, is intended only for the use of the individual(s) to which it is addressed and may contain information that is privileged/confidential. Any other distribution, copying or disclosure is strictly prohibited. If you are not the intended recipient or have received this message in error, please notify us immediately by reply e-mail and permanently delete this message including any attachments, without reading it or making a copy. Thank you.





CANADA 98

RECEIVED

NOV 3 0 2009

CLAIMS CENTER

*The Hartford Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Exclusions

HRTFRD



*HRTFRD-
EXCL00017*

FILE *

NOV 30 2009

CLAIMS CENTER

COPY

MR WILLIAM E LITNER

*I wish to be excluded !*
*William Ritz*
*Nov 19 09*

November 3, 2009

Hartford Financial Services Group, Inc

Please find enclosed legal documents involving a class action lawsuit against Hartford Financial Services Group, Inc. Your account activity between August 6, 2003 and October 13, 2004 may make you eligible to share in the proceeds of the settlement.

Completed Proof of Claim forms must be post-marked no later than January 4, 2010 and submitted directly to:

The Hartford Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040  USA

Should you choose to not participate in this class action, your request to be excluded must be submitted in writing and post-marked no later than December 1, 2009 directly to:

The Hartford Securities Litigation
EXCLUSIONS
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040  USA

Failure to file a request to be excluded for the Class makes you a member of the Class, even if you do not file a claim.

Should you have any questions, please consult the documents enclosed, or contact the Claims Administrators directly at:

Web site:       www.gilardi.com
E-mail:         classact@gilardi.com
Phone:          (415) 461-0410
Toll Free:      (800) 654-5763

Regards,

CIBC Corporate Actions Department

This message, including any attachments, is intended only for the use of the individual(s) to which it is addressed and may contain information that is privileged/confidential. Any other distribution, copying or disclosure is strictly prohibited. If you are not the intended recipient or have received this message in error, please notify us immediately by reply e-mail and permanently delete this message including any attachments, without reading it or making a copy. Thank you.



MR WILLIAM E LITNER

*I wish to be excluded !*

*William Litt*

*Nov 19 09*

November 3, 2009

Hartford Financial Services Group, Inc

Please find enclosed legal documents involving a class action lawsuit against Hartford Financial Services Group, Inc. Your account activity between August 6, 2003 and October 13, 2004 may make you eligible to share in the proceeds of the settlement.

Completed Proof of Claim forms must be post-marked no later than January 4, 2010 and submitted directly to:

The Hartford Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040 USA

Should you choose to not participate in this class action, your request to be excluded must be submitted in writing and post-marked no later than December 1, 2009 directly to:

The Hartford Securities Litigation
EXCLUSIONS
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040 USA

Failure to file a request to be excluded for the Class makes you a member of the Class, even if you do not file a claim.

Should you have any questions, please consult the documents enclosed, or contact the Claims Administrators directly at:

Web site:      www.gilardi.com
E-mail:        classact@gilardi.com
Phone:         (415) 461-0410
Toll Free:     (800) 654-5763

Regards,

CIBC Corporate Actions Department

This message, including any attachments, is intended only for the use of the individual(s) to which it is addressed and may contain information that is privileged/confidential. Any other distribution, copying or disclosure is strictly prohibited. If you are not the intended recipient or have received this message in error, please notify us immediately by reply e-mail and permanently delete this message including any attachments, without reading it or making a copy. Thank you.



The Hartford Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

RECEIVED

NOV 3 0 2009

CLAIMS CENTER





Exclusion
HRTFRD



*HRTFRD-
EXCL00018*



Nov. 25 2009

COPY

Re: The Hartford Securities Litigation

I was advised by my advisor to be
excluded from a class action lawsuit against
Hartford Financial Services Group Inc.

Gladys Reed

George Reed

Nov 25 2009

Re: The Hartford Securities Litigation

I was advised by my adviser to be excluded from a class action lawsuit against Hartford Financial Services Group Inc.

George Reed



Lest de forget )))))))))
N'oublij oins pas )
091/25 19:48 LBE 2R0 096 ))))))))

The Hartford Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

RECEIVED
NOV 3 0 2009
CLAIMS CENTER



Exclusion
HRTFRD



*HRTFRD-
EXCL00019*

RECEIVED TS

NOV 3 0 2009

CLAIMS CENTER

November 18, 2009

The Hartford Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P O Box 8040
San Rafael, CA  94912-8040

Dear Sir/ Ma'am:

Please accept this letter of instruction requesting that I, Steven Wee, Trustee of the
K████ J██████ W██ Trust U/A dtd 12/28/1995 FBO K████ W██, be excluded from the
pending class action against Hartford Securities.

Thank you for your time and assistance with this matter.

Sincerely,

Steven Wee, Trustee



2:4 NOV 2009 PM 5 T

RECEIVED TS
NOV 3 0 2009
CLAIMS CENTER

*The Hartford Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040



HRTFRD

*HRTFRD-
EXCL00020*

CLAIMS CENTER

Nov 26-09

I Harold Esbaugh do not choose
to participate in class action

Thank You
Harold Esbaugh





HAROLD E ESBAUGH



November 3, 2009

Hartford Financial Services Group, Inc

Please find enclosed legal documents involving a class action lawsuit against Hartford Financial Services Group, Inc. Your account activity between August 6, 2003 and October 13, 2004 may make you eligible to share in the proceeds of the settlement.

Completed Proof of Claim forms must be post-marked no later than January 4, 2010 and submitted directly to:

The Hartford Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040 USA

Should you choose to not participate in this class action, your request to be excluded must be submitted in writing and post-marked no later than December 1, 2009 directly to:

The Hartford Securities Litigation
EXCLUSIONS
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040 USA

Failure to file a request to be excluded for the Class makes you a member of the Class, even if you do not file a claim.

Should you have any questions, please consult the documents enclosed, or contact the Claims Administrators directly at:

Web site:     www.gilardi.com
E-mail:       classact@gilardi.com
Phone:        (415) 461-0410
Toll Free:    (800) 654-5763

Regards,

CIBC Corporate Actions Department

This message, including any attachments, is intended only for the use of the individual(s) to which it is addressed and may contain information that is privileged/confidential. Any other distribution, copying or disclosure is strictly prohibited. If you are not the intended recipient or have received this message in error, please notify us immediately by reply e-mail and permanently delete this message including any attachments, without reading it or making a copy. Thank you.



Place
Stamps
Here

00.98    2009 11 26

CANADA POST
N2C 1L3
094656

The Hartford Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

RECEIVED

DEC 0 5 2009

CLAIMS CENTER



HAROLD E ESBAUGH

Opt
out

Exclusion
HRTFRD



*HRTFRD-
EXCL00021*





The Hartford Securities Litigation
EXCLUSIONS
Claims Administrator
c/o Gilardi & Co. LLC
P. O. Box 8040,
San Rafael, CA 94912-8040

To Whom It May Concern

This letter is to inform you that I am choosing NOT to participate in the class action
lawsuit against Hartford Financial Services Group, Inc.

Yours truly,

*Elenor M. Taves*

Elenor M. Taves



091730 21:41 N5Y YB0 078

RECEIVED

DEC 0 5 2009

CLAIMS CENTER

The Hartford Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Donald & Elenor Taves

Exclusions

HRTFRD



*HRTFRD-EXCL00022*

DEC 15 2009

CLAIMS CENTER

Margaret Faye Bannerman



November 30, 2009

The Hartford Securities Litigation
EXCLUSIONS
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040


I wish to be excluded from Staehr v. The Harford Financial Services Group, Inc.,
et al., Civil Action No. 3:04-CV-1740-CFD. The record of activity is as follows:

Purchase of 20 shares January 30,2004 @ 63.920
Purchase of  2  shares June 6,2005 @ 74.380
Sell of 22 shares September 1, 2005 @ 73.865

Copies of transactions are attached.

Sincerely

Margaret Faye Bannerman



# CIBC
# Wood Gundy



## DETAILS OF YOUR ACCOUNT ACTIVITY — CANADIAN DOLLARS (CONTINUED)

| Date | Activity | Description | Number of shares or units | Price per share or unit ($) | Added to (deducted from) your account ($) | Cash Balance ($) |
|------|----------|-------------|---------------------------|------------------------------|---------------------------------------------|------------------|
| Jan 28 | Dividend | FAIRFAX FINANCIAL HOLDINGS LTD SUBORDIANTE VOTING SHARES CASH DIV ON 10 SHS REC JAN 14 2004 PAY JAN 28 2004 | | | 18.21 | |
| Jan 30 | Dividend | EMPIRE COMPANY LTD CL-A NON-VOTING SHARES CASH DIV ON 64 SHS REC JAN 15 2004 PAY JAN 30 2004 | | | 6.40 | |
| Jan 30 | Dividend | INVESTORS GROUP INC CASH DIV ON 56 SHS REC DEC 31 2003 PAY JAN 30 2004 | | | 14.28 | |
| Jan 30 | Dividend | POWER FINANCIAL CORP CASH DIV ON 51 SHS REC DEC 31 2003 PAY JAN 30 2004 | | | 16.58 | |
| Jan 30 | Dividend | TRANSCANADA CORPORATION CASH DIV ON 103 SHS REC DEC 31 2003 PAY JAN 30 2004 | | | 27.81 | |
| Jan 30 | Bought | HARTFORD FINANCIAL SERVICES GROUP INC EXCHANGE RATE 1.30900 | 20 | 63.920 | −1,673.43 | |
| Jan 30 | Sold | HONEYWELL INTL INC EXCHANGE RATE 1.30899 | −36 | 35.904 | 1,691.83 | |
| **Jan 30** | | **Cash balance** | | | | **3,561.03** |

## MESSAGES

### CIBC Wood Gundy news

With the new year in full swing, it's time to review your resolutions and make sure you're on the right track for success. Don't forget to include financial planning in your plans for 2004! Proper planning is the cornerstone to achieving financial independence. Make it a priority and contact your Investment Advisor today.

It's no secret that saving for your retirement is a critical component of comprehensive financial planning. If you haven't already made your RRSP contribution for 2003, it's not too late! This year's deadline for last minute contributions is March 1, 2004. Contact your Investment Advisor and make your contribution today.

Spousal RRSP Account number ████████



**CIBC**
**Wood Gundy**



## DETAILS OF YOUR ACCOUNT ACTIVITY — CANADIAN DOLLARS (CONTINUED)

| Date | Activity | Description | Number of shares or units | Price per share or unit ($) | Added to (deducted from) your account ($) | Cash Balance ($) |
|---|---|---|---|---|---|---|
| Jun 6 | Bought | CAPITAL ONE FINANCIAL CORP EXCHANGE RATE 1.25198 .......... 1 | | 75.680 | -94.75 | |
| Jun 6 | Bought | CANADIAN NATURAL RESOURCES LTD ................... 13 | | 37.410 | -486.33 | |
| Jun 6 | Bought | CANADIAN UTILITIES LTD CL-A NON-VOTING SHARES ......... 7 | | 64.040 | -448.28 | |
| Jun 6 | Bought | CASCADES INC ................. 65 | | 11.590 | -753.35 | |
| Jun 6 | Bought | DIAGEO PLC-SPONSORED ADR NEW REPSTG 4 ORD SHS EXCHANGE RATE 1.25202 .......... 2 | | 58.030 | -145.31 | |
| Jun 6 | Bought | DOFASCO INC ................. 12 | | 34.580 | -414.96 | |
| Jun 6 | Bought | ENCANA CORP ................. 15 | | 44.480 | -667.20 | |
| Jun 6 | Bought | EASTMAN KODAK CO EXCHANGE RATE 1.25198 .......... 5 | | 26.470 | -165.70 | |
| Jun 6 | Bought | EMPIRE COMPANY LTD CL-A NON-VOTING SHARES ......... 9 | | 39.950 | -359.55 | |
| Jun 6 | Bought | FAIRFAX FINANCIAL HOLDINGS LTD SUBORDIANTE VOTING SHARES ........... 1 | | 196.940 | -196.94 | |
| Jun 6 | Bought | ING GROEP NV-SPONSORED ADR EXCHANGE RATE 1.25200 .......... 9 | | 27.950 | -314.94 | |
| Jun 6 | Bought | HARTFORD FINANCIAL SERVICES GROUP INC EXCHANGE RATE 1.25202 .......... 2 | | 74.380 | -186.25 | |
| Jun 6 | Bought | IGM FINANCIAL INC ........... 7 | | 36.080 | -252.56 | |
| Jun 6 | Bought | HEINEKEN NV-ADR EXCHANGE RATE 1.25204 .......... 4 | | 31.900 | -159.76 | |
| Jun 6 | Bought | HEWLETT PACKARD CO EXCHANGE RATE 1.25198 .......... 6 | | 22.700 | -170.52 | |
| Jun 6 | Bought | INCO LTD ................. 5 | | 49.470 | -247.35 | |
| Jun 6 | Bought | IMPERIAL OIL LTD NEW ........ 7 | | 89.150 | -624.05 | |
| Jun 6 | Bought | LLOYDS TSB GROUP PLC SPONSORED ADR EXCHANGE RATE 1.25198 .......... 5 | | 33.670 | -210.77 | |
| Jun 6 | Bought | MANITOBA TELECOM SERVICES  INC ............ 7 | | 46.340 | -324.38 | |
| Jun 6 | Bought | MORGAN STANLEY EXCHANGE RATE 1.25195 .......... 1 | | 49.890 | -62.46 | |
| Jun 6 | Bought | MAGNA INTERNATIONAL INC CL A SUB-VTG ................ 6 | | 85.260 | -511.56 | |
| Jun 6 | Bought | MANULIFE FINANCIAL CORP ......... 9 | | 57.110 | -513.99 | |

**Spousal RRSP Account number**



Expertise that's one to one.
Expertise sur mesure.

## DETAILS OF YOUR ACCOUNT ACTIVITY — CANADIAN DOLLARS (CONTINUED)

| Date | Activity | Description | Number of shares or units | Price per share or unit ($) | Added to (deducted from) your account ($) | Cash Balance ($) |
|---|---|---|---|---|---|---|
| Sep 1 | Sold | HARTFORD FINANCIAL SERVICES GROUP INC EXCHANGE RATE 1.20200 | -22 | 73.865 | 1,953.20 | |
| Sep 1 | Sold | PPG INDUSTRIES INC EXCHANGE RATE 1.20200 | -22 | 62.091 | 1,641.86 | |
| Sep 1 | Bought | WASTE MANAGEMENT INC DEL EXCHANGE RATE 1.20200 | 52 | 27.422 | -1,713.97 | |
| Sep 1 | Bought | WEYERHAEUSER CO EXCHANGE RATE 1.20200 | 26 | 63.801 | -1,993.90 | |
| Sep 2 | Dividend | REED ELSEVIER P L C SPONSORED ADR CASH DIV ON 30 SHS REC AUG 05 2005 PAY SEP 02 2005 | | | 10.54 | |
| Sep 2 | Tax | | | | -1.04 | |
| Sep 6 | Dividend | METRO INC CL-A SUBORDINATE VOTING SHARES CASH DIV ON 89 SHS REC AUG 22 2005 PAY SEP 06 2005 | | | 8.90 | |
| Sep 6 | Interest | TORONTO DOMINION BANK MTN (SUB INDEBTEDNESS) DUE SEP 05 2013  INT 4.540% REG INT ON 5000 BND REC SEP 04 2005 PAY SEP 05 2005 | | | 113.50 | |
| Sep 8 | Interest | PROVINCE OF ONTARIO DUE MAR 08 2029  INT 6.500% REG INT ON 9000 BND REC SEP 07 2005 PAY SEP 08 2005 | | | 292.50 | |
| Sep 12 | Dividend | PPG INDUSTRIES INC CASH DIV ON 22 SHS REC AUG 10 2005 PAY SEP 12 2005 | | | 12.15 | |
| Sep 13 | Dividend | CENDANT CORP CASH DIV ON 54 SHS REC AUG 22 2005 PAY SEP 13 2005 | | | 7.04 | |
| Sep 14 | Disburse | PETRO-CANADA STK SPLIT ON 63 SHS REC SEP 03 2005 PAY SEP 14 2005 DUE BILL: SEP 19 2005 | 63 | | 0.00 | |



From anywhere...to anyone

De partout...jusqu'à vous

CAN
POS

Registered    Recommandé

Air Mail    Par avion

R

CANADA POST · POSTES CANADA

RW 400 362 425 CA

RW 400 362 425 CA

M.F. BANNERMAN

THE HARTFORD SECURITIES LITIGATION
EXCLUSIONS
CLAIMS ADMINISTRATOR
c/o GILARDI + CO. LLC
P.O. BOX 8040
SAN RAFAEL, CA 94912-8040

*HRTFRD-
EXCL00023*

DEC 1 8 2009

CLAI...

November 27. 2009

Civil Action No. 3:04-CV-1740-CFD

The Hartford Financial Services Group INC

I wish no to participate in this class action

Gerhard Zimmermann



Prioritaire

*The Hartford Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Exclusions

U S A



Zimmermann Gerhard

HRTFRD

Nov. 30, 2009

Dear Sir:

If I purchased the Common Stock of the Hartford Financial Services Group between August 6, 2003 and October 13, 2004 I want to be excluded from Staehr v. The Hartford Financial Services Groups, Inc. et al. Civil Action No 3:04-CV-1740-CFD. Please exclude me from the Class Action Lawsuit.

I have recently changed my address Old address.

New address

Yours truly,
Nelson Barber

www.ePost.ca*www||Post|del.ca  LL|||||||

09/12/01  02:59  K.09  JUX  09.7

*The Hartford Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040



*HRTFRD-
EXCL00025*

November 26th, 2009

The Hartford Securities Litigation
EXCLUSIONS
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040 USA

## Civil Action No. 3:04-CV-1740-CFD  (Consolidated)

To whom it may concerns,

By the following, please be advise that we request to be excluded from the above mentioned Civil
Action.

Please take the necessary means to exclude us from this Civil Action.

Sincerely,

Réna Brisson



The Hartford Securities Litigation
Exclusions
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040 USA

R. Beisson

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 17, 2009.

s/ JOY ANN BULL
JOY ANN BULL

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail:JoyB@csgrr.com

# Mailing Information for a Case 3:04-cv-01740-CFD

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elias A. Alexiades**
  elia@alexiades.com

- **Jack C. Auspitz**
  jauspitz@mofo.com

- **Joy Ann Bull**
  joyb@csgrr.com

- **Erin Green Comite**
  ecomite@scott-scott.com,cmcgowan@scott-scott.com,jderrico@scott-scott.com

- **Timothy Andrew Diemand**
  tdiemand@wiggin.com

- **Tor Gronborg**
  torg@csgrr.com,e_file_sd@csgrr.com

- **Patrick A. Klingman**
  pklingman@sfmslaw.com

- **Jamie A. Levitt**
  jlevitt@mofo.com

- **James E. Miller**
  jmiller@sfmslaw.com

- **Kyle W. K. Mooney**
  KMooney@mofo.com

- **Shane Rowley**
  srowley@faruqilaw.com

- **David Randell Scott**
  drscott@scott-scott.com,cmcgowan@scott-scott.com,efile@scott-scott.com

- **Debra Wyman**
  debraw@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

Manual List

*Steve Staehr v. The Hartford Financial Services Group, Inc., et al.*
Civil Action No. 3:04-CV-1740-CFD

Marc A. Topaz
BARROWAY TOPAZ KESSLER
    MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA  19087

Samuel H. Rudman
COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747

Arthur L. Shingler III
SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, CA  92101