# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVE STAEHR, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| HARTFORD FINANCIAL SERVICES GROUP, INC., | ) ) ) |
| Defendants. | ) ) |
| This document relates to: | ) ) |
| The Derivative Actions: | ) ) |
| *Stampfel v. Ayer, et al*., No. 3:04cv1836 (CFD); *Wexler v. Ayer, et al*., No. 3:04cv1846 (CFD) | ) ) ) ) |

Lead Docket No. 3:04cv1740 (CFD)
(Consolidated)

# NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND FOR AN <u>AWARD OF ATTORNEYS' FEES AND EXPENSES</u>

TO:      ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, on March 15, 2010, at 10:00 a.m., upon the accompanying memorandum of law, the declaration in support thereof, dated March 8, 2010, with exhibits thereto, and all prior proceedings had herein, plaintiffs Philip Stampfel and David Wexler, by and through their attorneys, will move the Court, before the Honorable Christopher F. Droney, United States District Judge, District of Connecticut, at the Abraham Ribicoff Federal Building and United Stated Courthouse, 450 Main Street, North Courtroom, 2nd Floor, Harford, CT, for a judgment and order granting final approval of  this proposed settlement of this Derivative Action, and awarding attorneys' fees and expenses.

DATED:  March 8, 2010                          Respectfully submitted,

                                               **FARUQI & FARUQI, LLP**


                                               By:  _s/Shane T. Rowley_____
                                               Shane T. Rowley
                                               Jamie R. Mogil
                                               369 Lexington Avenue, 10th Fl.
                                               New York, NY 10017
                                               Telephone: (212) 983-9330
                                               Facsimile: (212) 983-9331

                                               **ROBBINS UMEDA LLP**
                                               Brian J. Robbins
                                               Kevin A. Seely
                                               Daniel R. Forde
                                               600 B. Street, Suite 1900
                                               San Diego, CA  92101
                                               Telephone: (619) 525-3990
                                               Facsimile:  (619) 525-3991

                                               *Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 8, 2010, I electronically filed the following: (i) Notice of Motion and Motion for Final Approval of Settlement and for and Award of Attorneys' Fees and Expenses; (ii) Memorandum of Law in Support of Final Approval of Settlement and for and Award of Attorneys' Fees and Expenses; and (iii) Declaration of Shane T. Rowley in Support of Final Approval of Settlement and for and Award of Attorneys' Fees and Expenses, dated March 8, 2010, and exhibits thereto, with the Clerk of the Court using the CM/ECF system which will send notifications of such filings to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing documents via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/Shane T. Rowley_____

# Mailing Information for a Case 3:04-cv-01740-CFD

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elias A. Alexiades**
  elia@alexiades.com

- **Jack C. Auspitz**
  jauspitz@mofo.com

- **Joy Ann Bull**
  joyb@csgrr.com

- **Erin Green Comite**
  ecomite@scott-scott.com,cmcgowan@scott-scott.com,jderrico@scott-scott.com

- **Timothy Andrew Diemand**
  tdiemand@wiggin.com

- **Tor Gronborg**
  torg@csgrr.com,e_file_sd@csgrr.com

- **Patrick A. Klingman**
  pklingman@sfmslaw.com

- **Jamie A. Levitt**
  jlevitt@mofo.com

- **James E. Miller**
  jmiller@sfmslaw.com

- **Kyle W. K. Mooney**
  KMooney@mofo.com

- **Shane Rowley**
  srowley@faruqilaw.com,ecf@faruqilaw.com

- **David Randell Scott**
  drscott@scott-scott.com,cmcgowan@scott-scott.com,efile@scott-scott.com

- **Debra Wyman**
  debraw@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)